## EXHIBIT A

| | |
|---|---|
| Allinder, Mandy | Hagans, Ashley |
| Allison, Shawntay | Hankins, Danielle |
| Aref, Mohammed | Hargis, Cynthia |
| Bailey, Aria | Harris, Cathy |
| Battiste, Nia | Hatton, Brittany |
| Berg, Sarah | Hernandez, Lamista |
| Booth, Miriam | Hess, Kayla |
| Bowshier, Jennifer | Holobaugh, Teresa |
| Brandon, Ashley | Huggins, Wendy |
| Brill, Brittany | Jackson, Krystal |
| Brown, Cheryl | Johnson, Andrea |
| Buckner, Alexis | Knox, Victoria |
| Buckner, Jonna | Leon Diaz, Jennifer K |
| Buntin, Ashley | Leslie, Onica-Lee |
| Cameron, Ameerah | Lewellen, James |
| Campbell, Tammy | Lisenby, Brandy |
| Chavis, Tosha | Long, Amanda |
| Clark, Kirsta | Lovett, Jeanine |
| Clay, Brittany | Lumford, Chynese |
| Cochran, Deanna | Lynn-Bray, Neyokko |
| Cook, Breanna | Mack, Barbara |
| Cooper, Anisha | Maines, Amanda |
| Cooper, Heather | Massie, Stephanie |
| Cooper, Jessica | McClure, Shaunda |
| Cooper, Valerie | McGowan, Amy |
| Cox, Cheryl | McMahon, Amber |
| Cox, Oranyana | McWhorter, Theresa |
| Crafter, Dionka | Medina, Leonora |
| Crossley, Latisha | Messenger, Jessica |
| Crow, Sena | Miller, Casey |
| Cutler, Danille | Miller, Trudy |
| Danner, Kaneisha | Mock, Angela |
| Deeqo, Hassan | Monroe, Tonya |
| Delorch, Dawnesa | Moore, Lauren |
| Dotts, Nikkie | Morris, Kiishia |
| Echols, Titus | Mundy, Tallulah |
| Ellison, Christine | Muse, Hakimo |
| Gagnon, Alicia | Neace, Sheila |
| Gannon, Courtney | Nelson, Robin C |
| Gitahi, Peris | Norman, Tanisa |
| Graham, Breonaca | Oduro, Brigette |
| Graves, Emily | Ohlinger, Ashley |
| Gregory, Haley | Olinger, Elexis |
| Hackley, Robert | Olinger, Nickole |

| | |
|---|---|
| Osborne, Amber | Walker, Kiiesha |
| Parthemore, Rebecca | Walker, Lashanda |
| Phillip, Cutler | Wallace, Christina |
| Portis, Doris | Wamsley, Angela |
| Powell, Christina | Warren, Amy |
| Quiesenberry, Nikki | Wellington, Carla |
| Rafferty, Melissa | Wells, Cortney |
| Ragland, Kaytonia | Wells, Myron |
| Ramey, Melanie | West, Sheri |
| Ratliff, Kristy | Wild, Elizabeth |
| Ray, Amanda | Williams, Hilliary |
| Red, Dallas | Wilson, Debra |
| Reynolds, Robin | Wolfcomer, Emma |
| Richards-Johnson, Donna | Yoder, Tamera |
| Riter, Makenna | |
| Ritter, Tracci | |
| Rodriguez, Mercedes | |
| Royal, Brianna N | |
| Royal, Tatyana | |
| Satterly, Elissa | |
| Scott, Maria | |
| Shafer, Amber | |
| Sharp, Harley | |
| Shockey, Kathryn | |
| Skaggs, Denise | |
| Smith, Angela | |
| Smith, Michelle | |
| Sparks, Alisha | |
| Sparks, Regina | |
| Strodes, Shaniqua | |
| Sutton, Jami | |
| Sweitzer, Cameo | |
| Sweitzer, Terry | |
| Tackett, Macaylea | |
| Tackett, Tina | |
| Thompson, Nathen | |
| Toliver, Shera | |
| Trimble, Angel | |
| Turner, Brandi | |
| Vanhoose, Rhoda | |
| Vaughn, Margaret | |
| Vollmer, Patricia | |
| Wagner, Brooklyn | |