UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor, | : : : | |
| | : | Case No. 3:24-cv-78 |
| Plaintiff, | : : | |
| | : | Judge Thomas M. Rose |
| v. | : : | |
| CONSTANT CARE HOME HEALTH SERVICES, LLC, *et al.*, | : : : | |
| Defendants. | | |

**ENTRY AND ORDER TERMINATING CASE**

This matter having been resolved, the Clerk is directed to terminate this matter on the docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 14, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1